**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1594-20

MILFORD MANOR NURSING
AND REHABILITATION
CENTER,

       Plaintiff-Appellant/
       Cross-Respondent,

v.

ANN KLIMEK, by and
through her attorney-in-
fact DIANA GREENWALD,

       Defendant,

and

DIANA GREENWALD,

       Defendant-Respondent/
       Cross-Appellant.

_____

Submitted October 17, 2022 – Decided October 21, 2022

Before Judges Currier, Mayer, and Enright.

On appeal from the Superior Court of New Jersey, Law Division, Passaic County, Docket No. DC-012921-19.

Laurie M. Fierro, attorney for appellant/cross-respondent (Laurie M. Fierro, of counsel; Kevin S. Englert, on the briefs).

Northeast New Jersey Legal Services, attorneys for respondent/cross-appellant (Sarah Hur and Benjamin Isaac Herskovitz, of counsel and on the briefs).

PER CURIAM

The court being advised by the parties in the above matter that the issues in dispute have been amicably resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-1594-20